UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.: 1:13-MJ-475 |
| v. | : | MAGISTRATE JUDGE BOWMAN |
| ATIQ DURRANI | : | **MOTION AND ORDER** **TO UNSEAL COMPLAINT** |

-----------------------------------------

The United States respectfully requests that the Court unseal the Complaint and Affidavit in the above-numbered case.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

s/Timothy S. Mangan
TIMOTHY S. MANGAN (069287)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513)684-3711; Fax: (513)684-6385

IT IS **ORDERED** that the Complaint and Affidavit in the above-numbered case shall now be unsealed.

7/25/13
DATE

Stephanie K. Bowman
HONORABLE STEPHANIE K. BOWMAN
United States Magistrate Judge